UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re: ) Case Number: 1-04-17244-B-7
)
Ruben Vazquez )
)
Debtor(s) )

FILED
OCT 11 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

This matter comes before the Court pursuant to 11 U.S.C. § 347(a), 28 U.S.C. § 2042, and the application of Dilks & Knopik, LLC, seeking payment of funds previously unclaimed by GE Capital Consumer Card Co. in the above-entitled case. It appears from the application and supporting documentation that General Electric Company, parent company to GE Capital Consumer Card Co. is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $351.83 from the Treasury Registry to:

        General Electric Company, parent company to
        GE Capital Consumer Card Co.
        and Dilks & Knopik, LLC
        PO Box 2728
        Issaquah, WA 98027-0125

DATED: 10-11-06

        UNITED STATES BANKRUPTCY JUDGE

33